EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 14 2002

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00347 HG |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | 8 U.S.C. §§ 1326(a), |
| PAULA TUAEFE, ) | 1326(b)(2) |
| aka PAULA TAILOA, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about August 7, 2002, in the District of Hawaii, PAULA TUAEFE, aka PAULA TAILOA, an alien who had previously been deported subsequent to being convicted of an aggravated felony, knowingly and unlawfully attempted to enter the United States without first having obtained the consent of

the Attorney General of the United States for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

DATED: _____8/14_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. PAULA TUAEFE, AKA PAULA TAILOA
"Indictment."