EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 1 2002

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00347 HG |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | 8 U.S.C. §§ 1326(a), |
| | ) | 1326(b)(2) |
| PAULA TUAEFE, | ) | |
| aka PAULA TAILOA, | ) | |
| | ) | |
| Defendant. | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about August 7, 2002, in the District of Hawaii, PAULA TUAEFE, aka PAULA TAILOA, an alien who had previously been deported subsequent to being convicted of an aggravated felony, intentionally attempted to enter the United States without first having obtained the consent of the Attorney

General of the United States for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

DATED: _____9/11_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney


UNIDED STATES OF AMERICA vs. PAULA TUAEFE, AKA PAULA TAILOA
"Superseding Indictment"

2