EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2002

at 10 o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00347 HG |
| Plaintiff, | ) | SECOND SUPERSEDING INDICTMENT |
| vs. | ) | 8 U.S.C. § 1326(a) |
| PAULA TUAEFE,<br>aka PAULA TAILOA, | ) | |
| Defendant. | ) | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about August 7, 2002, in the District of Hawaii, PAULA TUAEFE, aka PAULA TAILOA, an alien who had previously been deported and removed, intentionally attempted to enter the United States and intentionally attempted to do so without first having obtained the consent of the Attorney General

of the United States for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

DATED: __11/6/02__, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney


UNITED STATES OF AMERICA vs. PAULA TUAEFE, AKA PAULA TAILOA
"Second Superseding Indictment"