EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 01 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00347 HG |
| Plaintiff, ) | INFORMATION |
| vs. ) | 18 U.S.C. § 1001(a)(2) |
| PAULA TUAEFE, ) | |
| aka PAULA TAILOA, ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges that:

On or about August 7, 2002, within the District of Hawaii, in a matter within the jurisdiction of the executive branch of the Government of the United States, PAULA TUAEFE, aka PAULA TAILOA, did knowingly and willfully make a materially false statement, to wit: a statement to a United States Customs

Inspector in the presence of an Immigration and Naturalization Service Inspector that he was out of the United States for six months when he was actually out of the United States for approximately two years and nine months.

In violation of Title 18, United States Code, Section 1001(a)(2).

DATED: April 1, 2003 at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*(signature)*
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

*(signature)*
TRACY A. HINO
Assistant U.S. Attorney

United States v. Paula Tuaefe, aka Paula Tailoa;
"Information"